**THOMPSON LAW, LLC.**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Plaintiff*

F I L E D
Clerk
District Court

OCT 13 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LIEUTENANT COLONEL ROBERT L. GAY,** | CIVIL ACTION 16-00013 |
| Plaintiff, | |
| v. | ORDER |
| **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and DOES 1-10,** | |
| Defendant. | |

The Court, based on the foregoing stipulation of the parties (ECF No. 14), the pleadings and other papers filed in this matter, and the applicable law, hereby enters the following ORDERS:

This lawsuit, including all claims and defenses that have been brought or that could have been brought, are hereby dismissed with prejudice. Each party shall bear his, her, or its own attorney's fees and costs.

The Court retains jurisdiction over this matter in order to enforce the provisions of the settlement agreement.

SO ORDERED this 13th day of October, 2016.

_____
**HON. RAMONA V. MANGLONA**
Chief Judge